1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHAPE CORP. | Case No. SACV 13-0436-DOC(JPRx) |
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF PLAINTIFF SHAPE CORP. AND AGAINST DEFENDANT AMONIX, INC. [22]** |
| AMONIX, INC. | |
| Defendant. | |

1     WHEREAS, plaintiff Shape Corp. ("Shape") filed suit in the United States
2 District Court, Central District of California, against Amonix, Inc. ("Amonix") for
3 recovery of a unpaid balance of $89,000 that Amonix incurred in its dealings with
4 Shape;

5     WHEREAS, Shape and Amonix entered into an agreement on October 28,
6 2013 (the "Settlement Agreement"), to settle the Action for the unpaid balance of
7 $89,000 (the "Settlement Sum");

8     WHEREAS, pursuant to the Settlement Agreement, Shape agreed that if
9 Amonix paid Shape an initial payment of five thousand dollars ($5,000) toward the
10 Settlement Sum on or before November 30, 2013 (the "Initial Payment"), and a
11 second payment of sixty-six thousand, two hundred dollars ($66,200) toward the
12 Settlement Sum on or before March 31, 2014 (the "Second Payment"), then Shape
13 would not require Amonix to pay the remaining seventeen thousand, eight hundred
14 dollars ($17,800);

15     WHEREAS, pursuant to the Settlement Agreement, Amonix agreed that in
16 the event it defaulted on either the Initial Payment or Second Payment and failed to
17 cure such default within ten (10) calendar days after receipt of written notice of the
18 default from Shape (the "Cure Period"), the Settlement Sum would become
19 immediately due, less any amounts paid as of that date, plus interest and reasonable
20 attorneys' fees spent from the date of default;

21     WHEREAS, as set forth in the papers filed by Shape, Amonix defaulted on
22 the Second Payment and failed to cure such default within the Cure Period.

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
2 entered in favor of Shape and against Amonix on Shape's claim in the amount of
3 $84,000, plus reasonable attorneys' fees spent from the date of default in the amount
4 of $9,300.00.
5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court
6 shall retain jurisdiction of this matter for the purposes of enforcing the terms of this
7 Judgment.
8 DATED:   April 29, 2014

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE